

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Ex Parte: Jesus Garcia, | § | No. 08-14-00155-CR |
|  | § |  |
| Appellant. | § | Appeal from the |
|  | § | 120th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2013DCV1647) |
|  | § |  |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **January 8, 2015.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **January 8, 2015.**

IT IS SO ORDERED this 11th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.